# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138806

MICHAEL DEWAYNE SMITH

 Plaintiff-Appellant,

v

            SC: 138806
            CoA: 289392

DEPARTMENT OF CORRECTIONS,

 Defendant-Appellee.
_____

  On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of May 5, 2009, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2009             _____
                 Clerk

jm